IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RAMEY SUMNERS                                                                                    PETITIONER

VS.                                                                  CIVIL ACTION NO. 5:06cv156DCB-MTP

BUREAU OF PRISONS, et al                                                                   RESPONDENTS

## **FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice as to the jurisdictional issue only, and without prejudice regarding all other issues.

SO ORDERED AND ADJUDGED, this the  30th  day of   April  , 2007.


                                             s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE